UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
JAMES J. VILT, JR. - CLERK

SEP -7 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**CHRISTOPHER S. MOYER**

INDICTMENT

NO. 3:21-cr-111-DJH
26 U.S.C. § 7202

The Grand Jury charges:

## COUNTS 1 - 14
*(Failure to Pay Over Withholding and Federal Insurance Contributions Act Taxes)*

1.      At all times relevant to this indictment, TT Repairs, LLC, also known as TT Repairs, was an aircraft wheel and brake repair shop doing business in Jefferson County, Kentucky, in the Western District of Kentucky.

2.      From in or around 1997 through at least August 2021, the defendant, **CHRISTOPHER S. MOYER**, was an owner and the sole operator of TT Repairs, LLC. Initially, there were other investors in TT Repairs, LLC. However, throughout its operation, TT Repairs, LLC, was controlled by the defendant, **CHRISTOPHER S. MOYER**.

3.      From in or around 1997 through at least August 2021, the defendant, **CHRISTOPHER S. MOYER,** acted as TT Repairs, LLC's general manager.  Defendant **CHRISTOPHER S. MOYER** controlled every aspect of TT Repairs, LLC's business affairs, including approving payments by TT Repairs, LLC, and controlling all of TT Repairs, LLC's bank accounts.  Defendant **CHRISTOPHER S. MOYER** paid TT Repairs, LLC, employees on a weekly basis.  Defendant **CHRISTOPHER S. MOYER** had primary responsibility for TT

Repairs, LLC's payroll, kept track of TT Repairs, LLC's payroll taxes and other withholdings, and managed TT Repairs, LLC's finances.

4.      From at least the beginning of 2015 through at least the end of 2018, the defendant, **CHRISTOPHER S. MOYER**, caused TT Repairs, LLC, to make thousands of dollars of expenditures for defendant's personal benefit, including for the benefit of his daughter and individuals he had a personal relationship with, while failing to pay over to the Internal Revenue Service taxes withheld from TT Repairs, LLC's employees' paychecks.

5.      The defendant, **CHRISTOPHER S. MOYER**, was required on a quarterly basis to cause TT Repairs, LLC, to collect, account for, and pay over income taxes and taxes imposed by the Federal Insurance Contributions Act ("FICA") as to TT Repairs, LLC's employees.

6.      On or about the following dates, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER S. MOYER**, willfully failed to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes and FICA taxes withheld from TT Repairs, LLC's employees' wages, and due and owing to the United States on behalf of TT Repairs, LLC, and its employees, for each of the following quarters:

| Count | Date (on or about) | Calendar Quarter |
|---|---|---|
| 1 | November 2, 2015 | 3rd Quarter of 2015 |
| 2 | February 1, 2016 | 4th Quarter of 2015 |
| 3 | May 2, 2016 | 1st Quarter of 2016 |
| 4 | August 1, 2016 | 2nd Quarter of 2016 |
| 5 | October 31, 2016 | 3rd Quarter of 2016 |
| 6 | January 31, 2017 | 4th Quarter of 2016 |
| 7 | May 1, 2017 | 1st Quarter of 2017 |

| Count | Date (on or about) | Calendar Quarter |
|-------|--------------------|------------------|
| 8 | July 31, 2017 | 2nd Quarter of 2017 |
| 9 | October 31, 2017 | 3rd Quarter of 2017 |
| 10 | January 31, 2018 | 4th Quarter of 2017 |
| 11 | April 30, 2018 | 1st Quarter of 2018 |
| 12 | July 31, 2018 | 2nd Quarter of 2018 |
| 13 | October 31, 2018 | 3rd Quarter of 2018 |
| 14 | January 31, 2019 | 4th Quarter of 2018 |

In violation of Title 26, United States Code, Section 7202.


A TRUE BILL.



FOREPERSON


MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:AEG

UNITED STATES OF AMERICA v. **CHRISTOPHER S. MOYER**
**P E N A L T I E S**

Counts 1-14 (each count):  NM 5 yrs./$10,000/both/NM 3 yrs. Supervised Release

## N O T I C E

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. **18** U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.  That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.  Give bond for payment thereof.

**18** U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.