

# Case Assignment
## Standard Criminal Assignment

Case number **3:21CR-111-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 9/7/2021 11:20:29 AM
Transaction ID: 59248

Request New Judge    Return