UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     3:21-CR-111-DJH

CHRISTOPHER S. MOYER     DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Amanda E. Gregory hereby enters his/her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

*/s/ Thomas (for)*
Amanda E. Gregory
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5016
FAX: (502) 582-5067
Email: Amanda.gregory@usdoj.gov

**FILED**
JAMES J. VILT, JR. - CLERK
SEP -7 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY