UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
JAMES J. VILT, JR. - CLERK
SEP -7 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                         CRIMINAL ACTION NO. 3:21-CR-111-DJH

CHRISTOPHER S. MOYER                                        DEFENDANT

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Amanda E. Gregory, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this 7th day of September, 2021, charging the above-named defendant with violations of Title 26, United States Code, Section 7202, be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendant.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

Amanda E. Gregory
Assistant U.S. Attorney