UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF

vs.            CRIMINAL ACTION NO. 3:21-CR-111-DJH

CHRISTOPHER S. MOYER            DEFENDANT

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendant with violations of Title 26, United States Code, Section 7202, is hereby ORDERED to be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendant.

This 7th day of September, 2021.

_____
The Hon. Colin H. Lindsay
United States Magistrate Judge

**ENTERED**
JAMES J. VILT, JR. - CLERK
SEP - 7 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY