UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

vs.                                                                       CRIMINAL ACTION NO. 3:21-CR-00111-DJH
                                                                                                  Electronically Filed

CHRISTOPHER MOYER                                                                                          DEFENDANT

### UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by counsel, moves the Court for entry of a Protective Order for certain information. The purpose of this Motion is to facilitate the expeditious exchange of information between the parties and to adequately protect personal and protected information. The United States has consulted with counsel for the defendant, and this motion is unopposed.

The defendant, Christopher Moyer, is charged with failure to pay over withholding and Federal Insurance Contributions Act taxes, in violation of Title 26, United States Code, Section 7202. The discovery materials in this case contain, among other things, private financial information; other private information, including social security numbers and birth dates; and confidential taxpayer return information within the meaning of Title 26, United States Code, Section 6103(b). Disclosure of such tax return and taxpayer return information is governed by Title 26, United States Code, Section 6103(a), which mandates that return and return information will be confidential except as authorized by Section 6103. Section 6103(h)(4)(D) permits disclosure to the defense of such tax return and taxpayer return information in accord with Rule 16 of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 3500, but further disclosure of this tax return and taxpayer return information by defendant or defendant's counsel is restricted by Section 6103.

The government will follow all requirements of Rule 16, and will follow the requirements of Title 18, United States Code, Section 3500. The government asks the Court to ensure that the defendant is informed about the limitations of Federal Rule of Criminal Procedure 6(e), regarding grand jury transcripts, and Title 26, United States Code, Section 6103(a), regarding tax returns and taxpayer return information, and the appropriate legal purposes for which certain discovery may be used.

The government believes that because of the volume and nature of the discovery in this case, it is appropriate for the Court to enter a Protective Order containing the following provisions (when the term "defendant" is used, said term encompasses attorneys for the defendant):

    A.    Many of the materials that will be provided as discovery (hereinafter discovery materials), including, but not limited to: individuals' records, investigators or agency memoranda or reports, grand jury transcripts, witness statements, transcripts, applications, affidavits, computer or electronic records, memoranda of interview, tax returns, correspondence with the Internal Revenue Service, internal books and records of a witness's or defendant's business, bank records, and any documents and tangible objects provided by the government other than trial exhibits (i.e., items actually admitted during the trial and made part of the record), are not public information. Accordingly, these discovery materials and all copies thereof should be protected from unnecessary dissemination.

    B.    Discovery materials provided by the United States should be utilized by the defendant solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding.

    C.    Discovery materials provided by the United States and their contents, and

any notes or other record of such materials or their contents, should not be disclosed either directly or indirectly to any person or entity other than the defendant, defendant's counsel, persons employed to assist in the defense, individuals who are interviewed as potential witnesses in the case, or such other persons as to whom the Court may authorize disclosure.

D. Discovery materials provided by the United States should not be copied or reproduced except as necessary to provide copies of the material for use by an authorized person as described above to prepare or assist in the defense, and all such copies and reproductions will be treated in the same manner as the original matter.

E. Defendant's counsel should inform the defendant of the provisions of the Protective Order, and direct him not to disclose or use any information contained in the government's discovery in violation of the Protective Order. However, nothing contained in the Protective Order will preclude any party from applying to the Court for further relief or for modification of any provision hereof.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

*s/Amanda E. Gregory*
Amanda E. Gregory
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097 (FAX)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for defendant.

*s/Amanda E. Gregory* .
Amanda E. Gregory