# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,                 )<br>                                                                )<br>           v.                                                    )    Criminal Action No. 3:21CR-111-DJH<br>                                                                )<br>CHRISTOPHER S. MOYER                )    Judge David J. Hale<br>                                                                )<br>           *Defendant*.                                 )<br>                                                                ) | |

## DEFENDANT CHRISTOPHER MOYER'S EXPEDITED
## MOTION FOR LEAVE TO TRAVEL INTERNATIONALLY

Defendant Christopher S. Moyer, respectfully moves this Court for the entry of an order authorizing him to engage in international travel for business purposes. As grounds for this Motion, Mr. Moyer states:

- Mr. Moyer is the owner of TT Repairs, LLC ("TT Repairs"), a company based in Louisville Kentucky.

- TT Repairs is in the businesses of fabricating and repairing aircraft wheel and brake parts. *See* www.TTRepairs.net. TT Repairs is an FAA Certified and EASA Approved Aircraft Repair Station, working with all major OEMs to provide the Aerospace Industry with component maintenance repairs and custom engineering solutions.

- Mr. Moyer was indicted for violation of 26 U.S.C. 7202, failure to pay certain withholding and Federal Insurance Contributions Act taxes from November, 2015 to January, 2018.

- Mr. Moyer's bond conditions include an unsecured bond of $25,000 and a prohibition on international travel, with the understanding that, in the event such business travel was required, Mr. Moyer would be entitled to seek leave from the Court to travel. With that in mind, the Bond also requires that the Probation Office maintain a copy of Mr. Moyer's Passport in the event such travel is authorized by the Court.

- Prior to his arrest, Mr. Moyer purchased airfare to and from Amsterdam for the purposes of attending the MRO Aviation Week held in RAI Amsterdam (the "Conference"). *See* MROeurope.aviationweek.com. The Conference runs from October 19-21, 2021. He hopes to depart Louisville on October 17, 2021 and return on October 25, 2021. The itinerary is attached as Exhibit A.

- The Conference is integral to Mr. Moyer's business as it will offer Mr. Moyer an opportunity to meet with customers, vendors and possibly interested purchasers of the business.

- Mr. Moyer is willing to execute a second bond, using his home as security, to ensure his return to the United States following the Conference. The home value is approximately $400,000.

- Mr. Moyer will also be traveling with Ms. Sharon Maharaj, Mr. Scott Vanderlip and Mr. Vanderlip's spouse. Mr. Vanderlip is the Vice President of Sales and Marketing for TT Repairs.

Accordingly, Mr. Moyer respectfully requests that he be allowed to travel for the MRO Aviation Week Conference.

A Proposed Order accompanies this Motion.

                            Respectfully submitted,

                            */s/ Christie A. Moore*
                            Christie A. Moore
                            W. Scott Croft
                            DENTONS BINGHAM GREENEBAUM LLP
                            101 S. Fifth Street
                            3500 PNC Tower
                            Louisville, KY 40202
                            Telephone: 502.587.3758
                            Facsimile:  502.540.2276
                            christie.moore@dentons.com
                            scott.croft@dentons.com

                            COUNSEL FOR CHRISTOPHER S. MOYER

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 12th day of October, 2021, I caused to be electronically filed the foregoing Motion via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

                            */s/ Christie A. Moore*
                            COUNSEL FOR DEFENDANT