# EXHIBIT A



**AA Record Locator:** HPVCYD
**Status:** Ticketed - Sep 25, 2021

### Your Itinerary

| Carrier | Flight Number | Departing City | Departing Date & Time | Arriving City | Arriving Time | Booking Code | Meals |
|---|---|---|---|---|---|---|---|
| AMERICAN AIRLINES OPERATED BY MESA AIRLINES AS AMERICAN EAGLE | 5823 | SDF Louisville | Oct 17, 2021 10:45 AM | DFW Dallas/ Fort Worth | Oct 17, 2021 12:11 PM | Y | N/A |
| AMERICAN AIRLINES | 220 | DFW Dallas/ Fort Worth | Oct 17, 2021 03:20 PM | AMS Amsterdam | Oct 18, 2021 07:35 AM | R | Dinner Breakfast |
| AMERICAN AIRLINES | 221 | AMS Amsterdam | Oct 25, 2021 09:35 AM | DFW Dallas/ Fort Worth | Oct 25, 2021 01:00 PM | I | Lunch Snack |
| AMERICAN AIRLINES OPERATED BY MESA AIRLINES AS AMERICAN EAGLE | 5842 | DFW Dallas/ Fort Worth | Oct 25, 2021 04:43 PM | SDF Louisville | Oct 25, 2021 07:51 PM | I | N/A |

### Traveler Information

| Passenger | Class | Seat Assignment |
|---|---|---|
| CHRIS MOYER | Economy | 13D |
| SHARON MAHARAJ | Economy | 13F |
| CHRIS MOYER | Business | 7D |
| SHARON MAHARAJ | Business | 7H |
| CHRIS MOYER | Business | 7D |
| SHARON MAHARAJ | Business | 7H |
| CHRIS MOYER | First | 2D |
| SHARON MAHARAJ | First | 2F |

Traveling passengers may check in and obtain boarding passes for U.S. domestic electronic tickets within 24 hours of the flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.

Travelers must present a government-issue photo ID with either a boarding pass or a priority verification card at the security screening checkpoint

Please remember flight details are subject to change. In order to check a flight's status, gate, or departure and arrival time, go to www.aa.com and enter the flight information in the Gates and Times search area. In order to receive automatic notifications of flight changes, click on the Flight Status Notifications section on the www.aa.com homepage and enter the required flight and contact information.

Privacy Policy