UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 3:21CR-111-DJH |
| CHRISTOPHER S. MOYER | ) Hon. David J. Hale |
| *Defendant*. | ) |

**ORDER**

Defendant, Christopher S. Moyer, having moved the Court for leave to engage in international travel for business purposes, and the Court being otherwise sufficiently advised, the Motion is and shall be **GRANTED**, as follows:

1. Mr. Moyer shall be entitled to travel to Amsterdam to attend the MRO Aviation Week held in RAI Amsterdam. Mr. Moyer shall also be allowed to meet with vendors, customers and others for business purposes, during the trip.

2. The Probation Office shall return Mr. Moyer's passport to him for purposes of this trip only.

3. Mr. Moyer shall return to the United States as set forth on the itinerary provided to the Court.

4. Upon return, Mr. Moyer shall surrender his passport to Probation.

5. Prior to travel, Mr. Moyer shall execute a bond using his home, located at 14502 Ashmont Place, Louisville, KY 40245, as security.

TENDERED BY:


*/s/ Christie A. Moore*
Christie A. Moore
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3758
Facsimile:  502.540.2276
christie.moore@dentons.com
scott.croft@dentons.com

COUNSEL FOR CHRISTOPHER S. MOYER