UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                     PLAINTIFF

vs.                                                                  CRIMINAL ACTION NO. 3:21-CR-00111-DJH
                                                                                            Electronically Filed

CHRISTOPHER MOYER                                                                          DEFENDANT

**RESPONSE TO DEFENDANT CHRISTOPHER MOYER'S EXPEDITED MOTION FOR LEAVE TO TRAVEL INTERNATIONALLY**

The United States of America, by counsel, hereby responds to defendant Christopher Moyer's Expedited Motion for Leave to Travel Internationally. Defense counsel discussed this motion with counsel for the United States prior to filing. The United States would object to this motion if it were merely for the purpose of allowing Defendant to attend an international trade show, where another representative from the business could serve as an adequate stand-in. However, defense counsel has represented to the United States that other meetings have also been scheduled around the trade show that necessitate Defendant's presence. As such, the United States does not object to Defendant's request for travel, provided Defendant puts up his house or the value of his house as bond for his appearance and returns his passport to Probation no later than noon on October 26th, the day following his return.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

*s/Amanda E. Gregory*
Amanda E. Gregory
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097 (FAX)

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 13, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for defendant.

            *s/Amanda E. Gregory* .
            Amanda E. Gregory