UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                                          CRIMINAL ACTION NO. 3:21-CR-00111-DJH
                                                                                      Electronically Filed

CHRISTOPHER MOYER                                                                          DEFENDANT

## ORDER

Defendant having moved the Court for leave to engage in international travel, and the Court being sufficiently advised, Defendant's Motion is GRANTED:

(1) Defendant shall be permitted to travel from the United States to Amsterdam, leaving on October 17, 2021, and returning to the United States on October 25, 2021.

(2) The Probation Office shall return Defendant's passport to Defendant for the purposes of this trip.  Defendant shall return his passport to the Probation Office by no later than noon on October 26, 2021, the day following his return to the United States. The Probation Office shall notify counsel for the United States if it has not received the passport by noon on October 26, 2021.

(3) Prior to travel, Defendant shall execute an appearance bond using his home, located at 14502 Ashmont Place, Louisville, KY 40245, as security.