**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:21-CR-00111-DJH**

**UNITED STATES OF AMERICA ,**                                                  **Plaintiff,**

**v.**

**CHRISTOPHER S. MOYER ,**                                                       **Defendant.**

### ORDER

Before the Court is a motion for leave to travel internationally filed by Defendant Christopher Moyer ("Defendant"). (DN 14.) Defendant seeks to travel to Amsterdam, the Netherlands for a business conference from October 17 to October 25, 2021. (*Id.*) Defendant states that he purchased airfare for this trip prior to his arrest and has attached his itinerary as an exhibit to his motion. (*Id.*, at PageID # 38; DN 14-1, at PageID # 41.) The United States has filed a response, in which it does not oppose Defendant's motion "provided Defendant puts up his house or the value of his house as bond for his appearance and returns his passport to Probation no later than noon on October 26th." (DN 17, at PageID # 44.) Defendant's probation officer confirmed that the Probation Office has no objection to the motion. Defendant has notified chambers of administrative difficulties obtaining a bond using his home as security. In light of this and the short time remaining before his trip, the Court will order an increase in his current unsecured bond in lieu of requiring Defendant to execute a secured bond.

Accordingly,

IT IS HEREBY ORDERED as follows:

1. DN 14 is **GRANTED**.

2. Defendant is permitted to travel from Louisville to Amsterdam as set forth in the itinerary filed with his motion.

3. Defendant shall return his passport to the Probation Office no later than **12:00 PM EST on October 26, 2021.**

4. Defendant's unsecured bond (DN 10) is **MODIFIED** to the amount of $400,000. This amount may be forfeited if Defendant does not comply with the terms of this order.

Colin H Lindsay, Magistrate Judge
United States District Court

October 14, 2021

cc: Counsel of record

2