# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 3:21CR-111-DJH |
| | ) |
| CHRISTOPHER S. MOYER | ) Judge David J. Hale |
| | ) |
| *Defendant*. | ) |

## DEFENDANT'S UNOPPOSED MOTION TO VACATE TRIAL DATE

Defendant Christopher S. Moyer, respectfully moves this Court to vacate the trial date in this matter. Currently, trial is set for November, 29, 2021. Mr. Moyer asks that this date be vacated in order for the review of the extensive discovery provided by the United States. The United States does not oppose this Motion.

Accordingly, Mr. Moyer respectfully requests that the current trial date be vacated. A Proposed Order accompanies this Motion.

Respectfully submitted,

/s/ Christie A. Moore
Christie A. Moore
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3758
Facsimile: 502.540.2276
christie.moore@dentons.com
scott.croft@dentons.com

COUNSEL FOR CHRISTOPHER S. MOYER

21819960.v1

## CERTIFICATE OF SERVICE

  I hereby certify that on this, the 29th day of October, 2021, I caused to be electronically filed the foregoing Motion via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

            /s/ *Christie A. Moore*
            COUNSEL FOR DEFENDANT