# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *v.* | ) Criminal Action No. 3:21CR-111-DJH |
| CHRISTOPHER S. MOYER | ) Hon. David J. Hale |
| *Defendant*. | ) |

## ORDER

Defendant, Christopher S. Moyer, having moved the Court to vacate the current trial date of November 29, 2021, the United States having no objection, and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the Motion is and shall be **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that an in-person status conference shall be held on November 22, 2021 at 1:30 pm, ET.

21819971.v1

TENDERED BY:

*/s/ Christie A. Moore*
Christie A. Moore
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3758
Facsimile:  502.540.2276
christie.moore@dentons.com
scott.croft@dentons.com

COUNSEL FOR CHRISTOPHER S. MOYER

21819971.v1