UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                   Plaintiff,

v.                                                                       Criminal Action No. 3:21-cr-111-DJH

CHRISTOPHER S. MOYER,                                                                       Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A status conference was held in this matter on November 22, 2021, with the following counsel participating:

| | |
|---|---|
| For the United States: | Amanda E. Gregory |
| For Defendant: | Christie A. Moore<br>William Scott Croft |

The defendant was not present.  The Court and counsel discussed the procedural posture of the case.  Counsel reported that additional time was needed to review discovery and discuss a plea agreement.  Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) By agreement of the parties, this matter is set for a status conference on **January 13, 2022, at 9:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from November 22, 2021 to January 13, 2022 is excludable in computing the time within which the trial must commence under the Speedy Trial Act**.  The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a

continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

    (3)    Counsel shall **CONFER** in advance of the status conference on January 13, 2022, regarding setting a trial date.

November 22, 2021

David J. Hale, Judge
United States District Court

Court Time: 00/10
Court Reporter: Dena Legg