IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| *v.* | ) | Criminal Action No. 3:21CR-111-DJH |
| | ) | |
| CHRISTOPHER S. MOYER | ) | Judge David J. Hale |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## UNOPPOSED MOTION TO DECLARE MATTER COMPLEX

Defendant Christopher S. Moyer, through counsel, and pursuant to 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(ii), respectfully submits this Motion to declare that this matter qualifies as a complex matter, thereby excluding the proceedings in the case from the Speedy Trial Act's time limits.

Such a designation is proper under the Speedy Trial Act when "due to the nature of the prosecution . . . it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Act." 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(ii). Such is the case here. The Indictment charges tax violations over four (4) years. There is extensive discovery, and proper scrutiny of the discovery, both for assessing potential grounds for pretrial motion practice and preparing for trial itself, will demand a substantial amount of time, and may require expert assistance.

The United States does not oppose this motion.

Respectfully submitted:

/s/ Christie A. Moore
Christie A. Moore
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
(502) 589-4200
christie.moore@dentons.com
scott.croft@dentons.com

COUNSEL FOR DEFENDANT
CHRISTOPHER S. MOYER

## Certificate of Service

I hereby certify that on this the 24th day of November, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Christie A. Moore
COUNSEL FOR DEFENDANT
CHRISTOPHER S. MOYER