IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| *v.* | ) ) | Criminal Action No. 3:21CR-111-DJH |
| CHRISTOPHER S. MOYER | ) ) | Judge David J. Hale |
| *Defendant.* | ) ) ) | |

## **ORDER**

Defendant, Christopher S. Moyer, having moved to have this litigation declared complex pursuant to 18 U.S.C. § 3061 (h)(8)(B)(ii), and for these proceedings to be excluded from the Speedy Trial Act's time limits, the United States having no opposition, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the motion is GRANTED.

Tendered by:

/s/ *Christie A. Moore*
Christie A. Moore
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
(502) 589-4200
christie.moore@dentons.com
scott.croft@dentons.com

COUNSEL FOR DEFENDANT
CHRISTOPHER S. MOYER