UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 3:21CR-111-DJH |
| | ) |
| CHRISTOPHER S. MOYER | ) Judge David J. Hale |
| | ) |
| *Defendant*. | ) |

**DEFENDANT CHRISTOPHER MOYER'S UNOPPOSED
MOTION FOR LEAVE TO TRAVEL INTERNATIONALLY**

Defendant Christopher S. Moyer, respectfully moves this Court for the entry of an order authorizing him to engage in international travel for business purposes. As grounds for this Motion, Mr. Moyer states:

- Mr. Moyer is the owner of TT Repairs, LLC ("TT Repairs"), a company based in Louisville Kentucky.

- TT Repairs is in the businesses of fabricating and repairing aircraft wheel and brake parts. *See* www.TTRepairs.net. TT Repairs is an FAA Certified and EASA Approved Aircraft Repair Station, working with all major OEMs to provide the Aerospace Industry with component maintenance repairs and custom engineering solutions.

- Mr. Moyer was indicted for violation of 26 U.S.C. 7202, failure to pay certain withholding and Federal Insurance Contributions Act taxes from November, 2015 to January, 2018.

- Mr. Moyer's bond conditions initially included an unsecured bond of $25,000 and a prohibition on international travel, with the understanding that, in the event such business travel was required, Mr. Moyer would be entitled to seek leave from the Court to travel. With that in mind, the Bond also requires that the Probation Office maintain a copy of Mr. Moyer's Passport in the event such travel is authorized by the Court.

- In October, 2021, Mr. Moyer made a similar request seeking travel to Amsterdam. The Court approved that travel and, as a precaution, increased Mr. Moyer's bond to $400,000. *See* Docket #50. Mr. Moyer complied with all portions of that Order and upon return to the United States returned his passport as required.

- Mr. Moyer now seeks leave to travel to Mexico City for the purpose of attending the MRO Latin America (the "Conference"). The Conference runs from February 9-10, 2022. He hopes to depart Louisville on February 8 and return on February 11. The itinerary for the MRO Latin American can be found at https://mrolatinamerica.aviationweek.com/en/home.html.

- The Conference is integral to Mr. Moyer's business as it will offer Mr. Moyer an opportunity to meet with customers, vendors and possibly interested purchasers of the business.

- Mr. Moyer will also be traveling with Mr. Scott Vanderlip and Mr. Vanderlip's spouse. Mr. Vanderlip is the Vice President of Sales and Marketing for TT Repairs.

The United States does not oppose this motion. Accordingly, Mr. Moyer respectfully requests that he be allowed to travel to Mexico City for the MRO Latin America Aviation Conference.

A Proposed Order accompanies this Motion.

                                  Respectfully submitted,

                                  /s/ Christie A. Moore
                                  Christie A. Moore
                                  W. Scott Croft
                                  DENTONS BINGHAM GREENEBAUM LLP
                                  101 S. Fifth Street
                                  3500 PNC Tower
                                  Louisville, KY 40202
                                  Telephone: 502.587.3758
                                  Facsimile:  502.540.2276
                                  christie.moore@dentons.com
                                  scott.croft@dentons.com

                                  COUNSEL FOR CHRISTOPHER S. MOYER

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 21st day of January 2022, I caused to be electronically filed the foregoing Motion via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

                                  /s/ Christie A. Moore
                                  COUNSEL FOR DEFENDANT

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *v.* | ) Criminal Action No. 3:21CR-111-DJH |
| CHRISTOPHER S. MOYER | ) Hon. David J. Hale |
| *Defendant*. | ) |

## ORDER

Defendant, Christopher S. Moyer, having moved the Court for leave to engage in international travel for business purposes, and the Court being otherwise sufficiently advised, the Motion is and shall be **GRANTED**, as follows:

1. Mr. Moyer shall be entitled to travel to Mexico City to attend the MRO Latin America Aviation conference. Mr. Moyer shall also be allowed to meet with vendors, customers and others for business purposes, during the trip.

2. The Probation Office shall return Mr. Moyer's passport to him for purposes of this trip only.

3. Mr. Moyer shall return to the United States immediately following the end of the conference.

4. Upon return, Mr. Moyer shall surrender his passport to Probation.

Done this __ day of January, 2022.

TENDERED BY:

*/s/ Christie A. Moore*
Christie A. Moore
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3758
Facsimile:  502.540.2276
christie.moore@dentons.com
scott.croft@dentons.com

COUNSEL FOR CHRISTOPHER S. MOYER

2