UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:21-CR-00111-DJH

**UNITED STATES OF AMERICA,**                                                **Plaintiff,**

**v.**

**CHRISTOPHER S. MOYER,**                                                    **Defendant.**

### ORDER

Before the Court is motion for leave to travel internationally filed by Defendant Christopher Moyer ("Defendant"). (DN 29.) Defendant seeks permission to travel to Mexico City, Mexico from February 8 to February 11, 2022 for a business conference. (*Id.* at PageID # 69.) Defendant provides a link to the conference website and states that "[t]he Conference is integral to [Defendant]'s business as it will offer [Defendant] an opportunity to meet with customers, vendors and possibly interested purchasers of the business." (*Id.*) The United States does not oppose the motion. (*Id.* at 70.) Additionally, Defendant's probation officer confirmed that the Probation Office has no objection to the motion.

Accordingly,

IT IS HEREBY ORDERED as follows:

1. DN 29 is **GRANTED**.

2. Defendant is permitted to travel from Louisville, Kentucky to Mexico City, Mexico as set forth in his motion.

3. No later than **January 31, 2022**, Defendant shall provide his official travel itinerary to the Probation Office. The Probation Office is authorized to turn over Defendant's passport upon receipt of the itinerary.

4. Defendant shall return his passport to the Probation Office no later than **12:00 PM EST on February 12, 2022**.

Colin H Lindsay, Magistrate Judge
United States District Court

January 24, 2022

cc: Counsel of record
   Probation Office