# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff* ) | Criminal Action No. 3:21CR-111-DJH |
| ) | |
| *v.* ) | Judge David J. Hale |
| ) | |
| CHRISTOPHER S. MOYER ) | |
| ) | |
| *Defendant*. ) | |

## DEFENDANT CHRISTOPHER MOYER'S UNOPPOSED
## MOTION FOR LEAVE TO TRAVEL INTERNATIONALLY

Defendant Christopher S. Moyer, respectfully moves this Court for the entry of an order authorizing him to engage in international travel for business purposes. As grounds for this Motion, Mr. Moyer states:

- Mr. Moyer is the owner of TT Repairs, LLC ("TT Repairs"), a company based in Louisville Kentucky.

- TT Repairs is in the businesses of fabricating and repairing aircraft wheel and brake parts. *See* www.TTRepairs.net. TT Repairs is an FAA Certified and EASA Approved Aircraft Repair Station, working with all major OEMs to provide the Aerospace Industry with component maintenance repairs and custom engineering solutions.

- Mr. Moyer was indicted for violation of 26 U.S.C. 7202, failure to pay certain withholding and Federal Insurance Contributions Act taxes from November, 2015 to January, 2018.

0.v0

- Mr. Moyer's bond conditions initially included an unsecured bond of $25,000 and a prohibition on international travel, with the understanding that, in the event such business travel was required, Mr. Moyer would be entitled to seek leave from the Court to travel. With that in mind, the Bond also requires that the Probation Office maintain a copy of Mr. Moyer's Passport in the event such travel is authorized by the Court.

- Mr. Moyer now seeks leave to travel to Dubai for the purpose of attending the MRO Middle East (the "Conference"). The Conference runs from February 22 to 23, 2022. He hopes to depart Louisville on February 20 and return on February 24 and return his passport no later than the 25th of February. The itinerary for the MRO Middle East can be found at https://mromiddleeast.aviationweek.com.

- The Conference is integral to Mr. Moyer's business as it will offer Mr. Moyer an opportunity to meet with customers and vendors in the Middle East region and possibly interested purchasers of the business.

- Mr. Moyer will also be traveling with Mr. Scott Vanderlip. Mr. Vanderlip is the Vice President of Sales and Marketing for TT Repairs.

The United States does not oppose this motion. Accordingly, Mr. Moyer respectfully requests that he be allowed to travel to Dubai for the MRO Middle East Aviation Conference.

0.v0

A Proposed Order accompanies this Motion.

                                                     Respectfully submitted,

                                                   */s/ Christie A. Moore*
                                                   Christie A. Moore
                                                   W. Scott Croft
                                                 DENTONS BINGHAM GREENEBAUM LLP
                                                 101 S. Fifth Street
                                                 3500 PNC Tower
                                                 Louisville, KY 40202
                                                 Telephone: 502.587.3758
                                                 Facsimile: 502.540.2276
                                                 christie.moore@dentons.com
                                                 scott.croft@dentons.com

                                                 COUNSEL FOR CHRISTOPHER S. MOYER

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 16th day of February 2022, I caused to be electronically filed the foregoing Motion via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

                                                 */s/ Christie A. Moore*
                                                 COUNSEL FOR DEFENDANT

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 3:21CR-111-DJH |
| CHRISTOPHER S. MOYER | ) Hon. David J. Hale |
| *Defendant*. | ) |

## **ORDER**

Defendant, Christopher S. Moyer, having moved the Court for leave to engage in international travel for business purposes, and the Court being otherwise sufficiently advised, the Motion is and shall be **GRANTED**, as follows:

1. Mr. Moyer shall be entitled to travel to Dubai to attend the MRO Middle East Aviation conference, as set forth in his motion.

2. No later than February 18, 2022, Defendant shall provide his official travel itinerary to the Probation Office. The Probation Office is authorized to turn over Defendant's passport upon receipt of the itinerary.

3. Mr. Moyer shall return to the United States immediately following the end of the conference and shall return his passport to Probation no later than 5 PM EST, February 25, 2022.

Done this __ day of February, 2022.

0.v0

TENDERED BY:


*/s/ Christie A. Moore*
Christie A. Moore
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3758
Facsimile:  502.540.2276
christie.moore@dentons.com
scott.croft@dentons.com

COUNSEL FOR CHRISTOPHER S. MOYER

0.v0