**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:21-CR-00111-DJH-CHL**

**UNITED STATES OF AMERICA,**                                                    **Plaintiff,**

**v.**

**CHRISTOPHER S. MOYER,**                                                     **Defendant.**

## **ORDER**

Before the Court is motion for leave to travel internationally filed by Defendant Christopher S. Moyer ("Defendant"). (DN 32.) Defendant seeks permission to travel to Dubai, United Arab Emirates from February 20 to February 24, 2022 for a business conference. (*Id.*, at PageID # 79.) Defendant provides a link to the conference website and states that "[t]he Conference is integral to [Defendant]'s business as it will offer [Defendant] an opportunity to meet with customers and vendors in the Middle East region and possibly interested purchasers of the business." The United States does not oppose the motion. (*Id.*) Additionally, Defendant's probation officer confirmed that the Probation Office has no objection to the motion.

Accordingly,

IT IS HEREBY ORDERED as follows:

1. DN 32 is **GRANTED**.

2. Defendant is permitted to travel from Louisville, Kentucky to Dubai, United Arab Emirates as set forth in his motion.

3. No later than **February 18, 2022 at 5:00 PM EST**, Defendant shall provide his official travel itinerary to the Probation Office. The Probation Office is authorized to turn over Defendant's passport upon receipt of the itinerary.

4. Defendant shall return his passport to the Probation Office no later than **February 25, 2022 at 12:00 PM EST**.

5. Absent a showing of good cause, any future motion for leave to travel internationally shall be filed **no later than ten days before the anticipated departure date**.

Colin H Lindsay, Magistrate Judge
United States District Court

February 17, 2022

cc: Counsel of record
    Probation Office

2