UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                              Plaintiff,

v.                                                    Criminal Action No. 3:21-cr-111-DJH

CHRISTOPHER S. MOYER,                                                  Defendant.

* * * * *

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on March 16, 2022, with the following counsel participating:

|  |  |
|---|---|
| For the United States: | Amanda E. Gregory |
| For Defendant: | Christie A. Moore |

The Court and counsel discussed the procedural posture of the case, which was previously declared complex.  (Docket No. 28)  Counsel reported that discovery is extensive and ongoing. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a final pretrial conference on **May 9, 2022, at 1:00 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.  Counsel shall confer and identify all potential witness and evidentiary issues in advance of the final pretrial conference. All counsel who plan to participate at trial shall attend the conference.

Court Time: 00/05
Court Reporter: Becky Boyd