UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| *Plaintiff* | ) ) | Criminal Action No. 3:21CR-111-DJH |
| *v.* | ) ) | Judge David J. Hale |
| CHRISTOPHER S. MOYER | ) ) ) | |
| *Defendant*. | ) ) | |

**DEFENDANT CHRISTOPHER MOYER'S UNOPPOSED**
**<u>MOTION FOR LEAVE TO TRAVEL INTERNATIONALLY</u>**

Defendant Christopher S. Moyer, respectfully moves this Court for the entry of an order authorizing him to engage in international travel for business purposes. As grounds for this Motion, Mr. Moyer states:

- Mr. Moyer is the owner of TT Repairs, LLC ("TT Repairs"), a company based in Louisville Kentucky.

- TT Repairs is in the businesses of fabricating and repairing aircraft wheel and brake parts. *See* www.TTRepairs.net. TT Repairs is an FAA Certified and EASA Approved Aircraft Repair Station, working with all major OEMs to provide the Aerospace Industry with component maintenance repairs and custom engineering solutions.

- Mr. Moyer was indicted for violation of 26 U.S.C. 7202, failure to pay certain withholding and Federal Insurance Contributions Act taxes from November, 2015 to January, 2018.

22007581.v1

- Mr. Moyer's bond conditions initially included an unsecured bond of $25,000 and a prohibition on international travel, with the understanding that, in the event such business travel was required, Mr. Moyer would be entitled to seek leave from the Court to travel. With that in mind, the Bond also requires that the Probation Office maintain a copy of Mr. Moyer's Passport in the event such travel is authorized by the Court.

- Mr. Moyer now seeks leave to travel to Dubai for the purpose of meeting with leadership at Emirates Airlines. He seeks to leave Louisville on April 3, 2022. He is scheduled to meet with Emirates on April 7 and will return on April 8, 2022. He will return his passport no later than Monday, the 11th of April.

Mr. Moyer will also be traveling with Mr. Scott Vanderlip. Mr. Vanderlip is the Vice President of Sales and Marketing for TT Repairs.

The United States does not oppose this motion. Accordingly, Mr. Moyer respectfully requests that he be allowed to travel to Dubai for the purpose of meeting with leadership at Emirates Airlines.

22007581.v1

A Proposed Order accompanies this Motion.

                              Respectfully submitted,

                              */s/ Christie A. Moore*
                              Christie A. Moore
                              W. Scott Croft
                              DENTONS BINGHAM GREENEBAUM LLP
                              101 S. Fifth Street
                              3500 PNC Tower
                              Louisville, KY 40202
                              Telephone: 502.587.3758
                              Facsimile:  502.540.2276
                              christie.moore@dentons.com
                              scott.croft@dentons.com

                              COUNSEL FOR CHRISTOPHER S. MOYER

## CERTIFICATE OF SERVICE

     I hereby certify that on this, the 18th day of March, 2022, I caused to be electronically filed the foregoing Motion via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

                              */s/ Christie A. Moore*
                              COUNSEL FOR DEFENDANT

22007581.v1