# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| *v.* | ) Criminal Action No. 3:21CR-111-DJH ) |
| CHRISTOPHER S. MOYER | ) Hon. David J. Hale ) |
| *Defendant.* | ) ) ) |

## **ORDER**

Defendant, Christopher S. Moyer, having moved the Court for leave to engage in international travel for business purposes, and the Court being otherwise sufficiently advised, the Motion is and shall be **GRANTED**, as follows:

1.  Mr. Moyer shall be entitled to travel to Dubai for the purpose of meeting with officials at Emirates Airlines, as set forth in his motion.

2.  No later than March 30, 2022, Defendant shall provide his official travel itinerary to the Probation Office.  The Probation Office is authorized to turn over Defendant's passport upon receipt of the itinerary.

3.  Mr. Moyer shall return to the United States immediately and shall return his passport to Probation no later than 5 PM EST, April 11, 2022.

TENDERED BY:


*/s/ Christie A. Moore*
Christie A. Moore
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3758
Facsimile:  502.540.2276
christie.moore@dentons.com
scott.croft@dentons.com

COUNSEL FOR CHRISTOPHER S. MOYER