# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *v.* | ) Criminal Action No. 3:21CR-111-DJH |
| CHRISTOPHER S. MOYER | ) Judge David J. Hale |
| *Defendant*. | ) |

### DEFENDANT CHRISTOPHER MOYER'S UNOPPOSED
### MOTION TO CONTINUE TRIAL

Defendant Christopher S. Moyer, respectfully moves this Court for the entry of an order continuing the trial of this matter. As ground for this motion, Mr. Moyer states as follows:

- The trial of this matter is currently set for May 16, 2022.

- Mr. Moyer is charged in a 14 Count Indictment, charging him with failure to have his company, TT Repairs, pay over to the IRS the proper amount of federal income taxes and FICA taxes withheld from employees of TT Repairs.

- The charges relate to quarterly tax periods dating from 2015 to 2018.

- The parties are working diligently to resolve not only the criminal charges, but any claims that may be brought by the Internal Revenue Service with respect to Mr. Moyer's personal income taxes and income taxes that may be owed by TT Repairs.

- This process is laborious and the parties continue to work in good faith to a reach an agreed upon resolution.

Accordingly, Mr. Moyer requests that the Court continue the trial of this matter to allow the parties to continue negotiations.

22103655.v1

The United States does not oppose this motion.

A Proposed Order accompanies this Motion.

                         Respectfully submitted,

                         */s/ Christie A. Moore*
                         Christie A. Moore
                         W. Scott Croft
                         DENTONS BINGHAM GREENEBAUM LLP
                         101 S. Fifth Street
                         3500 PNC Tower
                         Louisville, KY 40202
                         Telephone: 502.587.3758
                         Facsimile:  502.540.2276
                         christie.moore@dentons.com
                         scott.croft@dentons.com

                         COUNSEL FOR CHRISTOPHER S. MOYER

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 15th day of April, I caused to be electronically filed the foregoing Motion via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

                         */s/ Christie A. Moore*
                         COUNSEL FOR DEFENDANT