# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| *v.* | ) ) Criminal Action No. 3:21CR-111-DJH |
| CHRISTOPHER S. MOYER | ) ) Hon. David J. Hale |
| *Defendant*. | ) ) ) |

# **ORDER**

Defendant, Christopher S. Moyer, having moved the Court to continue the trial of this matter, the United States having no objection, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Motion is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that the trial of this matter shall be continued until _____.

Done this \_\_ day of April, 2022.

22103754.v1

TENDERED BY:

*/s/ Christie A. Moore*
Christie A. Moore
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3758
Facsimile:  502.540.2276
christie.moore@dentons.com
scott.croft@dentons.com

COUNSEL FOR CHRISTOPHER S. MOYER

22103754.v1