# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff* | ) Criminal Action No. 3:21CR-111-DJH |
| *v.* | ) Judge David J. Hale |
| CHRISTOPHER S. MOYER | ) |
| *Defendant*. | ) |

## DEFENDANT CHRISTOPHER MOYER'S UNOPPOSED
## MOTION FOR LEAVE TO TRAVEL INTERNATIONALLY

Defendant Christopher S. Moyer, respectfully moves this Court for the entry of an order authorizing him to engage in international travel for business purposes. As grounds for this Motion, Mr. Moyer states:

- Mr. Moyer is the owner of TT Repairs, LLC ("TT Repairs"), a company based in Louisville Kentucky.

- TT Repairs is in the businesses of fabricating and repairing aircraft wheel and brake parts. *See* www.TTRepairs.net. TT Repairs is an FAA Certified and EASA Approved Aircraft Repair Station, working with all major OEMs to provide the Aerospace Industry with component maintenance repairs and custom engineering solutions.

- Mr. Moyer was indicted for violation of 26 U.S.C. 7202, failure to pay certain withholding and Federal Insurance Contributions Act taxes from November, 2015 to January, 2018.

22152305.v1

- Mr. Moyer seeks leave to travel to Calgary, Canada for the purpose of meeting with leadership at Jazz Airlines. He seeks to leave Louisville on March 25, 2022. He is scheduled to meet with Emirates on March 26 and will return to Louisville on March 27, 2022. He will return his passport no later than Monday, the 30th of May.[1]

The United States does not oppose this motion. Accordingly, Mr. Moyer respectfully requests that he be allowed to travel to Calgary, Canada for the purpose of meeting with leadership at Jazz Airlines.

A Proposed Order accompanies this Motion.

                Respectfully submitted,

                */s/ Christie A. Moore*
                Christie A. Moore
                W. Scott Croft
                DENTONS BINGHAM GREENEBAUM LLP
                101 S. Fifth Street
                3500 PNC Tower
                Louisville, KY 40202
                Telephone: 502.587.3758
                Facsimile:  502.540.2276
                christie.moore@dentons.com
                scott.croft@dentons.com

                COUNSEL FOR CHRISTOPHER S. MOYER

---

[1] Mr. Moyer seeks the Court's indulgence with respect to the timing of the motion. Aware of the Court's Order requiring such Motions to be filed 10 days before any expected travel, Mr. Moyer learned of the opportunity late Friday, May 13 and attempted to contact counsel. Unfortunately, counsel did not receive the message until today, May 16.

22152305.v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this, the 16th day of May, 2022, I caused to be electronically filed the foregoing Motion via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

                                      /s/ *Christie A. Moore*
                                      COUNSEL FOR DEFENDANT

22152305.v1