UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:21-cr-111-DJH

CHRISTOPHER S. MOYER,　　　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on July 6, 2022, with the following counsel participating:

　　　　For the United States:　　　　Amanda E. Gregory

　　　　For Defendant:　　　　　　　　Christie A. Moore
　　　　　　　　　　　　　　　　　　　　William Scott Croft

The Defendant was present on the call. The Court and counsel discussed the procedural posture of the case, which was previously declared complex. (Docket No. 28) Counsel for Defendant informed the Court that the Defendant wishes to enter a plea of guilty. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The trial of this matter, currently set for August 8, 2022, and all attendant pretrial deadlines are **REMANDED** from the Court's docket.

(2) By agreement of the parties, this matter is **SET** for a change-of-plea hearing on **August 8, 2022, at 9:30 a.m.** at the Gene Snyder U.S Courthouse in Louisville, Kentucky.

(3) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from July 6, 2022, to August 8, 2022, is excludable in computing the time within which the trial must commence under the Speedy**

**Trial Act.** The Court further finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

July 6, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

cc: Jury Administrator