**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

vs.                                              **CRIMINAL ACTION NO. 3:21CR-111-DJH**

**CHRISTOPHER S. MOYER**                                              **DEFENDANT**

## ORDER

The above-styled case was called on September 20, 2022, via video conference before the Honorable Colin H. Lindsay, United States Magistrate Judge. The purpose of the hearing was to discuss the defendant's ongoing compliance with the terms of his bond. Assistant United States Attorney Amanda Gregory appeared on behalf of the United States. Christopher Moyer appeared with Christie Moore and Scott Croft, retained counsel. The proceeding was digitally recorded.

The defendant, via counsel, consented to proceed with this hearing via video conference.

United States Probation advised the Court that the defendant is compliant with the terms of his bond. Accordingly,

**IT IS HEREBY ORDERED** that the defendant shall remain on bond pending further order of Court.

September 25, 2022

Colin H Lindsay, Magistrate Judge
United States District Court

0|05

1