UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) ) Criminal Action No. 3:21CR-111-DJH |
| CHRISTOPHER S. MOYER | ) ) Judge David J. Hale ) |
| *Defendant*. | ) ) ) |

**DEFENDANT CHRISTOPHER MOYER'S EXPEDITED
MOTION FOR LEAVE TO TRAVEL INTERNATIONALLY**

Defendant Christopher S. Moyer, respectfully moves this Court for the entry of an order authorizing him to engage in international travel for business purposes. As grounds for this Motion, Mr. Moyer states:

- Mr. Moyer is the owner of TT Repairs, LLC ("TT Repairs"), a company based in Louisville Kentucky.

- TT Repairs is in the businesses of fabricating and repairing aircraft wheel and brake parts. *See* www.TTRepairs.net. TT Repairs is an FAA Certified and EASA Approved Aircraft Repair Station, working with all major OEMs to provide the Aerospace Industry with component maintenance repairs and custom engineering solutions.

- Mr. Moyer was indicted for violation of 26 U.S.C. 7202, failure to pay certain withholding and Federal Insurance Contributions Act taxes from November, 2015 to January, 2018. He pleaded GUILTY to all counts of the indictment on August 8, 2022.

- Mr. Moyer's bond conditions (expressly unchanged by the Court despite his guilty plea) include an unsecured bond of $25,000 and a prohibition on international travel, with the understanding that, in the event such business travel was required, Mr. Moyer would be entitled to seek leave from the Court to travel. With that in mind, the Bond also requires that the Probation Office maintain a copy of Mr. Moyer's Passport in the event such travel is authorized by the Court.

- Mr. Moyer hopes to travel to London for an aviation convention for purely business purposes. *See* MROeurope.aviationweek.com. The Conference runs from October 18 – October 20, 2022. He hopes to depart Louisville on October 15, 2022, and return to Louisville on October 21, 2022. Mr. Moyer has customer meetings scheduled immediately before and after the convention.

- The Conference is integral to Mr. Moyer's business as it will offer Mr. Moyer an opportunity to meet with customers, vendors and possibly interested purchasers of the business.

- Mr. Moyer will also be traveling with Mr. Scott Vanderlip and Mr. Vanderlip's spouse and children. Mr. Vanderlip is the Vice President of Sales and Marketing for TT Repairs.

- This Motion is unopposed by Government counsel, and Mr. Moyer has complied with all bond conditions and travel itineraries when granted leave by the Court to travel in the past.

Accordingly, Mr. Moyer respectfully requests that he be allowed to travel for the MRO Aviation Week Conference.

A proposed Order accompanies this Motion.

                                            Respectfully submitted,

                                            */s/ W. Scott Croft*
                                            Christie A. Moore
                                            W. Scott Croft
                                            DENTONS BINGHAM GREENEBAUM LLP
                                            101 S. Fifth Street
                                            3500 PNC Tower
                                            Louisville, KY 40202
                                            Telephone: 502.587.3758
                                            Facsimile:  502.540.2276
                                            christie.moore@dentons.com
                                            scott.croft@dentons.com

                                            COUNSEL FOR CHRISTOPHER S. MOYER

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 28th day of September, 2022, I caused to be electronically filed the foregoing Motion via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

                                            */s/ W. Scott Croft*
                                            COUNSEL FOR DEFENDANT