UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:21-CR-00111-DJH-1

**UNITED STATES OF AMERICA,**                                       **Plaintiff,**

v.

**CHRISTOPHER S. MOYER,**                                       **Defendant.**

## **ORDER**

Before the Court is motion for leave to travel internationally filed by Defendant Christopher S. Moyer ("Defendant"). (DN 52.) Defendant seeks permission to travel from Louisville, Kentucky to London, United Kingdom from October 15, 2022 to October 21, 2022 for business purposes. (*Id*. at PageID # 142). Defendant, who owns a company specializing in aircraft parts, hopes to travel for "an aviation convention" during which he has customer meetings scheduled "immediately before and after the convention." (*Id*.) The United States does not oppose the motion. (*Id.*) Additionally, Defendant's probation officer confirmed that the Probation office has no objection to the motion.

Accordingly,

IT IS HEREBY ORDERED that

1. DN 52 is **GRANTED**.

2. Defendant is permitted to travel from Louisville, Kentucky to London, United Kingdom as set forth in his motion.

3. No later than **October 14, 2022 at 5:00 PM EST**, Defendant shall provide his official travel itinerary to the Probation Office. The Probation Office is authorized to turn over Defendant's passport upon receipt of the itinerary.

4. Defendant shall return his passport to the Probation Office no later than **October 24, 2022 at 12:00 PM EST.**

Colin H Lindsay, Magistrate Judge
United States District Court

October 11, 2022

cc: Counsel of record
    Probation Office

2