**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| *v.* | ) | Criminal Action No. 3:21CR-111-DJH |
| | ) | |
| CHRISTOPHER S. MOYER | ) | Judge David J. Hale |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE SENTENCING

Defendant Christopher S. Moyer, respectfully moves this Court to reschedule sentencing in this matter.  Sentencing is currently set for December, 14, 2022.  Mr. Moyer asks that this date sentencing be rescheduled in order to allow the parties to finalize the Closing Agreements with respect to the tax obligations in this matter, as well as any applicable civil tax obligations.  The United States does not oppose this Motion.

Accordingly, Mr. Moyer respectfully requests that the sentencing be rescheduled to allow completion of the IRS process.  A Proposed Order accompanies this Motion.

<div style="margin-left: 40%;">

Respectfully submitted,

*/s/ Christie A. Moore*
Christie A. Moore
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3758
Facsimile:  502.540.2276
christie.moore@dentons.com
scott.croft@dentons.com

COUNSEL FOR CHRISTOPHER S. MOYER

</div>

2

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 9th day of December, 2022, I caused to be electronically filed the foregoing Motion via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

/s/ *Christie A. Moore*
COUNSEL FOR DEFENDANT