# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 3:21CR-111-DJH |
| CHRISTOPHER S. MOYER | ) Judge David J. Hale |
| *Defendant*. | ) |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Christie A. Moore, of Dentons Bingham Greenebaum LLP, gives her notice of withdrawal as counsel for Defendant, Christopher Moyer in this matter. W. Scott Croft, of the law firm Dentons Bingham Greenebaum LLP, shall continue to represent Mr. Moyer in this matter.  Therefore, copies of all pleadings or other papers in this action should continue to be served on W. Scott Croft at the address shown below.

Respectfully submitted:

/s/ W. Scott Croft
W. Scott Croft (KBA #94182)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
(502) 589-4200
scott.croft@dentons.com

/s/ Christie A. Moore (with permission)
Christie A. Moore (KBA #86858)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
(502) 589-4200
christie.moore@dentons.com

COUNSEL FOR DEFENDANT
CHRISTOPHER S. MOYER

22581196.v1

## CERTIFICATE OF SERVICE

      I hereby certify that on this, the 21st day of December, 2022, I caused to be electronically filed the foregoing Motion via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

                                        /s/ *Christie A. Moore*
                                        COUNSEL FOR DEFENDANT