UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 3:21CR-111-DJH |
| CHRISTOPHER S. MOYER | ) Judge David J. Hale |
| *Defendant*. | ) |

**PROPOSED ORDER**

Christie A. Moore, of Dentons Bingham Greenebaum LLP, having given notice of withdrawal as counsel for Defendant, Christopher Moyer in this matter; and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED THAT** Christie A. Moore shall be removed as counsel for Defendant Christopher Moyer.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** W. Scott Croft, of the law firm Dentons Bingham Greenebaum LLP, shall continue to represent Mr. Moyer in this matter.

22581228.v1

TENDERED BY:

/s/ *W. Scott Croft*
W. Scott Croft (KBA #94182)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
(502) 589-4200
scott.croft@dentons.com

/s/ Christie A. Moore (with permission)
Christie A. Moore (KBA #86858)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
(502) 589-4200
christie.moore@dentons.com

COUNSEL FOR DEFENDANT
CHRISTOPHER S. MOYER