**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:21-CR-00111-DJH**

**UNITED STATES OF AMERICA,**                                                              **Plaintiff,**

**v.**

**CHRISTOPHER S. MOYER,**                                                                 **Defendant.**

## **ORDER**

Before the Court is a Notice of Attorney Withdrawal. (DN 62.) Local Rule 57.6(b) requires parties to a file a motion when seeking withdrawal or substitution of counsel, therefore the Court construes this instant notice as a motion to withdraw. Christie A. Moore of Dentons Bingham Greenebaum LLP seeks to withdraw as co-counsel of record for Defendant Christopher Moyer. (*Id.* at 213.) The motion indicates that W. Scott Croft, co-counsel from the same partnership as Ms. Moore, shall continue as counsel for Defendant. (*Id.*)

Local Rule 57.6(b) provides that an attorney may withdraw when:

> "The attorney files a motion, certifies the motion was served on the client, makes a showing of good cause, and the Court consents to the withdrawal on whatever terms the Court chooses to impose."

L.R. 57.6(b).

Here, the motion does not address the purpose of Ms. Moore's withdrawal such that the Court can determine whether the withdrawal is for good cause. Further, the motion does not certify that it was served to Defendant. Thus, the Court finds that the motion does not comport with Local Rule 57.6(b).

Accordingly,

IT IS HEREBY ORDERED that the motion to withdraw (DN 62) is **DENIED** *without prejudice.*

cc: Counsel of record