## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| v. | ) Criminal Action No. 3:21CR-111-DJH <br> ) |
| CHRISTOPHER S. MOYER | ) Judge David J. Hale <br> ) |
| *Defendant.* | ) <br> ) <br> ) |

### DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE SENTENCING

Defendant Christopher S. Moyer respectfully moves this Court to reschedule sentencing in this matter. Sentencing is currently set for January 9, 2023. Mr. Moyer asks that this sentencing date be rescheduled in order to allow the parties to complete the process of finalizing an agreement with the Internal Revenue Service with respect to civil tax obligations, and to arrange for and process initial payment by Defendant of monies owed both criminally and civilly. Defendant states that the Parties have been working diligently toward a global settlement in this matter, and that the Parties hope to appear in Court with such settlement executed. The Parties are close to the same and are requesting a brief continuance in good faith in the interests of Justice and Judicial efficiency. The United States does not oppose this Motion.

Accordingly, Mr. Moyer respectfully requests that the sentencing be rescheduled to allow completion of the IRS process. A Proposed Order accompanies this Motion.

Respectfully submitted,

/s/ W. Scott Croft
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3527
scott.croft@dentons.com

COUNSEL FOR CHRISTOPHER S. MOYER

## CERTIFICATE OF SERVICE

  I hereby certify that on this, the 6th day of January, 2023, I caused to be electronically filed the foregoing Motion via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

/s/ W. Scott Croft
COUNSEL FOR DEFENDANT

22619932.V1