# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff* | ) Criminal Action No. 3:21CR-111-DJH |
| v. | ) Judge David J. Hale |
| CHRISTOPHER S. MOYER | ) |
| *Defendant*. | ) |

## ORDER

Defendant Christopher S. Moyer, having moved to reschedule sentencing, the United States having no objection, and the Court being otherwise sufficiently advised, the Motion is hereby GRANTED.

Sentencing shall be set for _____, \_\_, 2023.

*/s/ W. Scott Croft*
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
(502) 587-3527
scott.croft@dentons.com

COUNSEL FOR CHRISTOPHER S. MOYER

22619934.V1