## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 3:21CR-111-DJH |
| | ) |
| CHRISTOPHER S. MOYER | ) Judge David J. Hale |
| | ) |
| *Defendant*. | ) |

## MOTION FOR WITHDRAWAL

**COMES NOW** W. Scott Croft, of Dentons Bingham LLP, on behalf of Christie A. Moore, formerly of Dentons Bingham Greenebaum LLP, to move Ms. Moore's withdrawal as counsel for Defendant, Christopher S. Moyer in this matter. Ms. Moore seeks to withdraw owing to her recent retirement from Dentons Bingham Greenebaum LLP. She has informed Mr. Moyer of the same, and Mr. Moyer agrees to the withdrawal (a Declaration from Mr. Moyer stating as much is filed herewith). Mr. Croft shall continue to represent Mr. Moyer in this matter. Therefore, copies of all pleadings or other papers in this action should continue to be served on W. Scott Croft at the address shown below. Ms. Moore initially filed a Notice of Removal before retiring from the firm, but that Notice lacked the Declaration described above and was denied. A Proposed Order accompanies this Motion.

22581196.v1

Respectfully submitted:

/s/ *W. Scott Croft*
W. Scott Croft (KBA #94182)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
(502) 589-4200
scott.croft@dentons.com

COUNSEL FOR DEFENDANT
CHRISTOPHER S. MOYER

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 13th day of January, 2023, I caused to be electronically filed the foregoing Motion via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

/s/ *W. Scott Croft*
COUNSEL FOR DEFENDANT

22581196.v1