UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) | Criminal Action No. 3:21CR-111-DJH |
| | ) ) | |
| CHRISTOPHER S. MOYER | ) | Judge David J. Hale |
| | ) ) | |
| *Defendant.* | ) ) | |

## DECLARATION OF DEFENDANT, CHRISTPOHER MOYER, IN SUPPORT OF MOTION TO SUBSTITUTE COUNSEL

I, Christopher S. Moyer, hereby declare the following:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The facts set out in the foregoing Declaration are based on my personal knowledge.

2. I am the Defendant in the above-captioned action filed in the United States District Court, Western District of Kentucky, Criminal Action No. 3:21-CR-111.

3. Christie Moore, my counsel, informed me she is withdrawing as my counsel in the above-captioned action because she is retiring from the law firm of Dentons Bingham Greenebaum.

4. Christie Moore also informed me that attorney W. Scott Croft from the same law firm of Dentons Bingham Greenebaum will be substituted in as my new counsel in the above-caption action.

5. I consent to the substitution of attorney W. Scott Croft as my new counsel in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of January 2023.

_____
Christopher S. Moyer

_____1/12/23_____
Date

22623026.v1

2