UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) Criminal Action No. 3:21CR-111-DJH |
|  | ) |
| CHRISTOPHER S. MOYER | ) Judge David J. Hale |
|  | ) |
| *Defendant*. | ) |

**ORDER**

W. Scott Croft, of Dentons Bingham Greenebaum LLP, on behalf of retired attorney Christie A. Moore, formerly of Dentons Bingham Greenebaum LLP, having filed a motion for Ms. Moore's withdrawal as counsel for Defendant, Christopher S. Moyer in this matter; and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED THAT** Christie A. Moore shall be removed as counsel for Defendant Christopher Moyer.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** W. Scott Croft, of the law firm Dentons Bingham Greenebaum LLP, shall continue to represent Mr. Moyer in this matter.

Done this ___ day of _____, 2023.

22581228.v1

Tendered By:

/s/ *W. Scott Croft*
W. Scott Croft (KBA #94182)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
(502) 589-4200
scott.croft@dentons.com

COUNSEL FOR DEFENDANT
CHRISTOPHER S. MOYER

22581228.v1