UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO.  3:21-CR-00111-DJH

**UNITED STATES OF AMERICA,**                                                                                   **Plaintiff,**

v.

**CHRISTOPHER S. MOYER,**                                                                                        **Defendant.**

## ORDER

Before the Court is the motion for Christie A. Moore, counsel for Defendant, to withdraw as counsel.  (DN 67.)  Ms. Moore of Dentons Bingham Greenebaum LLP seeks to withdraw as co-counsel of record for Defendant Christopher Moyer due to her recent retirement.  (*Id.* at 213.)  The motion indicates that W. Scott Croft, co-counsel from the same partnership as Ms. Moore, shall continue as counsel for Defendant.  (*Id.*)  The Court finds that the motion comports with LCrR 57.6(b).

Accordingly,

IT IS HEREBY ORDERED that the motion to withdraw (DN 67) is **GRANTED**.

Colin H Lindsay, Magistrate Judge
United States District Court

January 17, 2023

cc:  Counsel of record