1/16/2023

TO WHOM IT MAY CONCERN,

My name is Cory Griffin and I have been employed by Chris Moyer from October 2000 to present. Mr. Moyer has been my direct supervisor/manager for my entire employment with T.T. Repairs.

Chris and I have a long working relationship and I have seen huge growth and improvement within the company which directly results from Mr. Moyers vision and drive to maintain a great employment opportunity with stability. I feel that Mr. Moyer has always been fair with me as well as worked with me if I had something going on in my personal life outside of the workplace.  Chris has always encouraged me to better my skills and has taught me a tremendous amount of knowledge that has helped me within the aviation industry. I am thankful to have the employment that I have with Chris.

I have known Mr. Moyer to be a caring and compassionate person. If there is something going on with one of his employees he is willing to try to help in any way he can. Mr. Moyer has always done as much as he can to keep all employees working at least 40hrs./week even when there were hard times in the industry to include but not limited to the attacks on 9/11, covid pandemic etc.. To my knowledge he has made consistent donations to Fraternal Order of Police for many years. There are probably more organizations that he donates to that I am unaware of.

The only thing that has ever caused resentment/frustration would be when I found out that my social security and taxes had not been paid by T.T. Repairs. This was something that honestly made me very angry, and I resented Mr. Moyer for this. I have been employed for many years with T.T. Repairs and finding out that my taxes and social security payments had not been paid was bewildering.

Mr. Moyer and I had a long conversation regarding this. He confessed to me and deeply apologized to me for his wrongdoing. I have completely forgiven him for this unfortunate situation and trust in that fact that he is working to correct the situation at all cost.

In closing, I do believe Mr. Moyer to be a respectable man who cares for his employees, family and community. I do not regret in any way my past working for Mr. Moyer and the team at T.T. Repairs.

Sincerely,

Cory Griffin

12159 Sunset Strip Road SE
Laconia, In. 47135

To Whom It May Concern:

Roughly ten years ago, my family was faced with unimaginable news. My handicap brother would be sent to a nursing home due to aging parents and not enough local family to support his daily care needs.

My current employer at the time, Boeing, rejected my employment relocation pitch to grow the business in the Orlando location, which in return would allow my wife, who is a Registered Nurse and myself to relocate and provide the care my family needed. Once Chris Moyer learned of my situation, he immediately restructured the T.T. Repairs organization to create a work from home salesforce and an employment opportunity that would eventually assist with the relocation required.

Life is full of challenges and in my toughest times, Chris Moyer and T.T. Repairs have been there for me and mine. T.T. Repairs is more than a job, it's my family!

Scott Vanderlip

January 17, 2023

To Whom It May Concern:

I, Jami Morse, have been employed by TT Repairs and known Mr. Chris Moyer for over 5 years.

During my employment, Mr. Moyer has gone above and beyond to help my family in many instances where we found ourselves in a bind. Whether it be financially or not, he has shown us compassion so that we may recover in our time of need.

As an Employer he is not required to aid anyone outside of work, but often he opens his heart to his employees and helps them. I can attest to him helping almost any employee that has walked through his doors with an issue.

I have also witnessed multiple times where Mr. Moyer donates to his community through the Fraternal Order of the Police and other organizations. These donations help Louisville Residents in need with food, clothing, school supplies, Christmas presents, etc.

It's my personal opinion that Mr. Moyer is a great contributor to our society, community and to TT Repairs.

Sincerely,

Jami Morse

1102 E. Mailback Way
Crestwood, KY 40014
502-702-9007

I started working for Chris Moyer, ( TT Repairs ) In December, 2010. I was unemployed and about to receive my last unemployment check when Chris called me in for a job interview.  I do not know what I would have done if he did not give me a chance, but he decided to hire me.

During the 12 years of my employment, I have grown into a good employee as well as a good person thanks to Chris! The way he has molded me and nurtured me into the person I am today has helped me develop the tools and skills needed in life to be successful in my profession as well as in my personal life.

My employment at TT Repairs has been a great life experience and has given me great fortitude to achieve anything that I put my mind to in life, and for that I will be forever grateful to Chris Moyer and the entire TT Repairs Organization...

Sincerely,

Craig Savage

Terry Hayse 1691 salt river Rd, Rineyville, Ky, 40162

January 12, 2023

This letter is my personal character reference for Chris Moyer.

Chris has been a good friend and employer of mine for the past 7 years. Chris Moyer gave me an opportunity to join the T.T repairs team in 2016 and has taught me a lot in the time I have been here. T.T repair employees myself including, have a high level of respect for Chris, he is a very patient employer that likes to help his employees in any way he can.

I often think back to when the big covid pandemic hit, all you would hear and see on the news and around you were people losing their jobs, homes, and businesses. T.T repairs incoming workflow dropped lower than I have ever seen before, due to the pandemic. Even with the reduced incoming workflow not one T.T repairs employee unwilling seen a paycheck under 40 hours. Chris made sure that every employee was able to keep up with their needs and that bills stayed paid though out the whole pandemic, that to me says a lot about a person.

Chris Moyer has always been there to help me in life at work and outside of work, he has been a big positive influence in my life.

Sincerely,


Terry Hayse