UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                      Plaintiff,

v.                                                          Criminal Action No. 3:21-cr-111-DJH

CHRISTOPHER S. MOYER,                                                         Defendant.

* * * * *

**ORDER**

Based on the discussion during the February 2, 2023 sentencing hearing, and by agreement of the parties, it is hereby

**ORDERED** that the Bureau of Prisons **SHALL NOT** require Defendant Christopher S. Moyer to report for service of his sentence before **April 2, 2023**. Moyer shall remain on the terms of his pretrial release order pending notification of his placement by the Bureau of Prisons. (Docket No. 19)

February 2, 2023

David J. Hale, Judge
United States District Court

cc:     Bureau of Prisons
        U.S. Marshals Service

1