UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v.                                                        ) <br> ) <br> CHRISTOPHER S. MOYER       ) <br> ) <br> *Defendant*.                         ) <br> ) | Criminal Action No. 3:21CR-111-DJH <br><br> Judge David J. Hale |

**DEFENDANT CHRISTOPHER MOYER'S
MOTION FOR LEAVE TO TRAVEL INTERNATIONALLY**

Defendant Christopher S. Moyer, respectfully moves this Court for the entry of an order authorizing him to engage in international travel for business purposes. As grounds for this Motion, Mr. Moyer states:

- Mr. Moyer is the owner of TT Repairs, LLC ("TT Repairs"), a company based in Louisville Kentucky.

- TT Repairs is in the businesses of fabricating and repairing aircraft wheel and brake parts. *See* www.TTRepairs.net. TT Repairs is an FAA Certified and EASA Approved Aircraft Repair Station, working with all major OEMs to provide the Aerospace Industry with component maintenance repairs and custom engineering solutions.

- Mr. Moyer was indicted for violation of 26 U.S.C. 7202, failure to pay certain withholding and Federal Insurance Contributions Act taxes from November, 2015 to January, 2018. He pleaded GUILTY to all counts of the indictment on August

22701024.v1

8, 2022. On February 2, 2023, Mr. Moyer was sentenced to 15 months incarceration to begin no sooner than April 3, 2023.

- Mr. Moyer's bond conditions (expressly unchanged by the Court despite his guilty plea) include an unsecured bond of $25,000 and a prohibition on international travel, with the understanding that, in the event such business travel was required, Mr. Moyer would be entitled to seek leave from the Court to travel. With that in mind, the Bond also requires that the Probation Office maintain a copy of Mr. Moyer's Passport in the event such travel is authorized by the Court.

- Mr. Moyer hopes to travel to Dubai UAE for an aviation convention for purely business purposes. Literature detailing the conference is attached as Exhibit 1. The Conference runs from March 1-2, 2023. He hopes to depart Louisville on February 27, 2023, and return to Louisville on March 3, 2023. He plans to stay at the Grand Sheraton on Sheik Zayed Rd., Dubai and will confine his itinerary to that hotel or the conference itself. Mr. Moyer has customer meetings scheduled immediately before and after the convention.

- The Conference is integral to Mr. Moyer's business as it will offer Mr. Moyer an opportunity to meet with customers, vendors and possibly interested purchasers of the business. As discussed at Mr. Moyer's sentencing hearing, the survival and profitability of TT Repairs is directly related to Mr. Moyer's ability to pay the IRS the monies agreed to in his closing agreements in a timely fashion.

- Mr. Moyer will also be traveling with Mr. Scott Vanderlip. Mr. Vanderlip is the Vice President of Sales and Marketing for TT Repairs.

- Mr. Moyer has complied with all bond conditions and travel itineraries when granted leave by the Court to travel in the past, including trips to Dubai during the pendency of his case before the Court.

Accordingly, Mr. Moyer respectfully requests that he be allowed to travel for the MRO Conference.

A proposed Order accompanies this Motion.

Respectfully submitted,

/s/ W. Scott Croft
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3527
scott.croft@dentons.com

COUNSEL FOR CHRISTOPHER S. MOYER

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 15th day of February, 2023, I caused to be electronically filed the foregoing Motion via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

/s/ W. Scott Croft
COUNSEL FOR DEFENDANT

22701024.v1