informa

Home    |    AW Events    |    Aviation Week    |    Aviation Week MRO    |    Aviation Week Marketplace

 (/en/home.html)

**March 1-2, 2023**
Dubai, UAE
**#MROME**



2022 SHOW REPORT
(https://issuu.com/aviationweek/docs/mro_middleeast_2022_postshowreport_a9_fin?fr=sZDUwOTY5Mzc5MA)

REGISTER
(https://cloudme02.infosalons.biz/reg/AIMEMRO23DU/)

# MRO Middle East is the leading destination for the commercial aviation aftermarket in the region

MRO Middle East is a two-day international exhibition, annually gathering the global airline supply chain to do business in Dubai. Free to attend. Register here! (/en/register.html)

Co-located with Aircraft Interiors Middle East, the event is the largest of its kind in the region and enables attendees to discover the latest technology, learn from industry experts and expand their network.

- 2 day exhibition taking place on March 1-2, 2023
- 150 exhibitions and 4000+ attendees
- Go Live! Theater featuring 30+ speakers available to all
- Attended by airlines, lessors, MROs, OEMs, suppliers and more
- **View the 2023 Floorplan** (https://conference.mromiddleeast.aviationweek.com/me23/Public/EventMap.aspx)

Secure Your Participation

Find out more about sponsor or exhibitor opportunities at MRO Middle East 2023. Request a call back **filling in the form** (https://mromiddleeast.aviationweek.com/content/dam/Informa/mro-middleeast/english/2023assets/sponsor/MRO_Events_2023_SponsorshipOptions_Fin.pdf) or **contact the team direct (https://mromiddleeast.aviationweek.com/en/our-sponsors/become-a-sponsor.html)** to discuss your bespoke package.

# MRO Middle East 2022 Day 1 Highlights

AIME & MRO 2022 Day 1 Highlights

















## Thank You To Our 2023 Sponsors!








STAY SAFE | AVOID EVENT SCAMS
(/en/plan-your-visit/stay-safe-avoid-event-scams.html)

> Contact

> Advertise

> Media

> Downloads & Photos

f (https://www.facebook.com/AviationWeekMRO/)   (http://twitter.com/avweekevents)

in (https://www.linkedin.com/company/avweekevents/)   (http://www.youtube.com/AviationWeek)

(https://www.instagram.com/avweekevents/)



(http://aviationweek.com/)

By Informa Markets

(http://www.informamarkets.com/)

Copyright © 2023. All rights reserved. Informa Markets, a trading division of Informa PLC.

Accessibility | (http://www.informamarkets.com/accessibility)
Privacy Policy | (https://engage.informa.com/privacy-statement/)
Cookie Policy | (https://engage.informa.com/cp-ge/cookie-policy)
Terms of Use | (http://www.informamarkets.com/terms-of-use/)
Visitor Terms And Conditions (http://www.informamarkets.com/visitor-terms-and-conditions)