# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| *v.* | ) Criminal Action No. 3:21CR-111-DJH |
| CHRISTOPHER S. MOYER | ) <br> ) Hon. David J. Hale <br> ) |
| *Defendant*. | ) <br> ) <br> ) |

## ORDER

Defendant, Christopher S. Moyer, having moved the Court for leave to engage in international travel for business purposes, and the Court being otherwise sufficiently advised, the Motion is and shall be **GRANTED**, as follows:

1. Mr. Moyer shall be entitled to travel to **DUBAI** to attend the MRO Conference held in **Dubai, UAE**. Mr. Moyer shall also be allowed to meet with vendors, customers and others for business purposes, during the trip.

2. The Probation Office shall return Mr. Moyer's passport to him for purposes of this trip only.

3. Mr. Moyer shall return to the United States as set forth on the itinerary provided to the Court.

4. Upon return, Mr. Moyer shall surrender his passport to Probation.

22701024.v1

TENDERED BY:


*/s/ W. Scott Croft*
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
Telephone: 502.587.3527
scott.croft@dentons.com

COUNSEL FOR CHRISTOPHER S. MOYER

22701024.v1