UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                      PLAINTIFF

vs.                                                               CRIMINAL ACTION NO. 3:21-CR-00111-DJH
                                                                                         *Electronically Filed*

CHRISTOPHER MOYER                                                                          DEFENDANT

## RESPONSE TO DEFENDANT CHRISTOPHER MOYER'S MOTION FOR LEAVE TO TRAVEL INTERNATIONALLY (DN 74)

The United States of America, by counsel, hereby opposes defendant Christopher Moyer's Motion for Leave to Travel Internationally. While the United States has not objected to similar requests from the defendant in the past, the defendant's risk of flight has changed now that the Court has sentenced the defendant to a term of imprisonment. As such, the United States would oppose any further requests to travel internationally, prior to the defendant serving his term of imprisonment. Further, the defendant's risk of flight is heightened with his current request, as he is seeking to travel to the United Arab Emirates, a country that has no extradition treaty with the United States.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

*s/Amanda E. Gregory*
Amanda E. Gregory
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097 (FAX)

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 16, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for defendant.

                                        *s/Amanda E. Gregory*             .
                                        Amanda E. Gregory