# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CRIMINAL ACTION NO. 3:21-CR-00111-DJH-1

**UNITED STATES OF AMERICA,**  **Plaintiff,**

**v.**

**CHRISTOPHER S. MOYER,**  **Defendant.**

## ORDER

Before the Court is a motion for leave to travel internationally filed by Defendant Christopher S. Moyer ("Defendant"). (DN 74.) Defendant seeks permission to travel from Louisville, Kentucky to Dubai, United Arab Emirates from February 27, 2023 to March 3, 2023 for business purposes. (*Id*.) On February 2, 2023, Defendant was sentenced to fifteen months incarceration to begin no sooner than April 3, 2023. (DN 71.) However, Defendant's bond conditions remain unchanged by the Court and, as such, Defendant is entitled to seek leave from the Court to travel internationally. Defendant, who owns a company specializing in aircraft parts, requests leave to travel for "an aviation convention" during which he will meet with "customers, vendors, and possibly interested purchasers of [his] business." (DN 74 at 265.) In support of the motion, Defendant states this travel is integral because, as discussed during his sentencing hearing, the "survival and profitability of [his company] is directly related to [his] ability to pay the IRS the monies agreed to in his closing agreements in a timely fashion." (*Id.* at 265.)

The United States filed a response in opposition, arguing that while the United States has not objected to similar requests in the past, Defendant's "risk of flight has changed now that the Court has sentenced [him] to a term of imprisonment." (DN 75.) The United States asserts that Defendant's risk of flight is further heightened because he is seeking travel to the United Arab

Emirates, a country that does not have an extradition treaty with the United States. (*Id.*) The Court disagrees. Defendant has complied with all travel itineraries when granted leave by the Court to travel in the past, including to the United Arab Emirates. Defendant submitted literature detailing the conference (DN 74-1), stated he will be accompanied by his colleague Mr. Scott Vanderlip to Dubai, and has confined his itinerary to his hotel and the conference he is attending through the duration of the travel. (*Id.*) Further, Defendant's probation officer confirmed that the Probation office has no objection to the motion.

Accordingly,

IT IS HEREBY ORDERED that

1. DN 74 is **GRANTED**.

2. Defendant is permitted to travel from Louisville, Kentucky to Dubai, United Arab Emirates as set forth in his motion.

3. No later than **February 21, 2023 at 5:00 PM EST**, Defendant shall provide his official travel itinerary to the Probation Office. The Probation Office is authorized to turn over Defendant's passport upon receipt of the itinerary.

4. Defendant shall return his passport to the Probation Office no later than **March 6, 2023 at 12:00 PM EST.**

Colin H Lindsay, Magistrate Judge
United States District Court

February 17, 2023

cc: Counsel of record