UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *v.*<br><br>CHRISTOPHER S. MOYER<br><br>        *Defendant*. | )<br>)<br>)<br>)  Criminal Action No. 3:21CR-111-DJH<br>)<br>)  Judge David J. Hale<br>)<br>)<br>)<br>) |

**MOVANT CHRISTOPHER MOYER'S
MOTION FOR LEAVE TO TRAVEL INTERNATIONALLY**

    Christopher S. Moyer respectfully moves this Court for the entry of an order authorizing him to engage in travel for business purposes during his period of supervised release. As grounds for this Motion, Mr. Moyer states:

- Mr. Moyer is the owner of TT Repairs, LLC ("TT Repairs"), a company based in Louisville Kentucky.

- TT Repairs is in the business of fabricating and repairing aircraft wheel and brake parts. *See* www.TTRepairs.net. TT Repairs is an FAA Certified and EASA Approved Aircraft Repair Station, working with all major OEMs to provide the Aerospace Industry with component maintenance repairs and custom engineering solutions.

- Mr. Moyer was indicted for violation of 26 U.S.C. 7202 for failure to pay certain withholding and Federal Insurance Contributions Act taxes from November, 2015 to January, 2018. He pleaded GUILTY to all counts of the indictment on August

- 8, 2022. On February 2, 2023, Mr. Moyer was sentenced to 15 months incarceration to begin no sooner than April 3, 2023.

- Mr. Moyer completed his incarceration and entered a two-year period of supervised release as of January 29, 2024. He is currently under supervision by the United States Probation Office ("Probation").

- Although Mr. Moyer's case before this Court is closed, Probation has advised that since Mr. Moyer has not yet been on supervision for more than 60 days, a motion must be filed with this Court to request travel. Probation has further advised Mr. Moyer (through undersigned counsel) that it would be aided by an Order from this Court establishing Mr. Moyer's permission to travel on an ongoing basis.

- Initially, Mr. Moyer hopes to travel to Chicago for the MOR Americas Conference for business purposes. Literature detailing the conference is attached as Exhibit 1. Mr. Moyer hopes to depart Louisville on April 6, 2024, and return to Louisville on April 11, 2024. He plans to stay at the Four Seasons downtown Chicago.

- Furthermore, in the coming weeks and months – indeed throughout Mr. Moyer's period of supervised release – he will need to resume his pre-incarceration practice of periodically traveling to aviation-related conferences, trade shows and other meetings, both domestically and internationally.

- The travel contemplated in this Motion is *critical* to Mr. Moyer's business, as it will offer Mr. Moyer opportunities to meet with customers, vendors and possibly interested purchasers of his business. As Mr. Moyer has stated before this Court on numerous previous occasions, the maintenance, growth and continued

profitability of TT Repairs is the only means Mr. Moyer possesses of paying his remaining (and substantial) debt to the IRS stemming from his tax case.

- During the pendency of Mr. Moyer's case – including the periods between his guilty plea and sentencing and between sentencing and reporting to the BOP to begin his incarceration – this Court allowed Mr. Moyer to undertake the manner of travel anticipated by this Motion (including to non-extradition countries). Mr. Moyer obeyed the Court and Probation's limitations and parameters to the letter each time.

Accordingly, Mr. Moyer respectfully requests that this Court enter an Order stating: (1) that Mr. Moyer may travel to the Chicago MOR Conference in April of 2024 as stated above, and (2) that upon ten days written notice to Probation and barring a material violation of the terms of his supervised release, Mr. Moyer shall be permitted to travel at will during his period of supervised release.

A proposed Order accompanies this Motion.

Respectfully submitted,

*/s/ W. Scott Croft*
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
(502) 587-3527
scott.croft@dentons.com

COUNSEL FOR CHRISTOPHER S. MOYER

/

23647352.v1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this, the 8th day of March, 2024, I caused to be electronically filed the foregoing Motion via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

/s/ *W. Scott Croft*
COUNSEL FOR DEFENDANT

23647352.v1