# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
|  | ) |
| *v.* | )   Criminal Action No. 3:21CR-111-DJH |
|  | ) |
| CHRISTOPHER S. MOYER | )   Judge David J. Hale |
|  | ) |
| *Defendant.* | ) |
|  | ) |

## **ORDER**

Movant, Christopher S. Moyer, having moved the Court for leave to engage in domestic and international travel for business purposes, and the Court being otherwise sufficiently advised, the Motion is and shall be **GRANTED**, as follows:

1.      Mr. Moyer shall be entitled to travel to Chicago to attend the Chicago MRO Conference in April of 2024, as outlined in the Motion.

2.      Upon ten days' written notice to his Probation Officer and barring a material violation of the terms of his supervised release, Mr. Moyer shall be permitted to travel at will during his period of supervised release.

TENDERED BY:


*/s/ W. Scott Croft*
W. Scott Croft
DENTONS BINGHAM GREENEBAUM LLP
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202
(502) 587-3527
scott.croft@dentons.com

COUNSEL FOR CHRISTOPHER S. MOYER