# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CRIMINAL ACTION NO. 3:21-CR-00111-DJH

**UNITED STATES OF AMERICA,**                                                                **Plaintiff,**

**v.**

**CHRISTOPHER S. MOYER,**                                                                     **Defendant.**

## **ORDER**

      Before the Court is the Motion for Leave to Travel filed by Defendant Christopher Moyer. (DN 77.) Moyer seeks permission to travel from Louisville, Kentucky to Chicago, Illinois from April 6, 2024 to April 11, 2024 for business purposes. (*Id.* at PageID # 268.) Moyer, who owns a company specializing in aircraft parts, plans to attend the Chicago MOR Conference, an aviation-related conference, and asserts that his attendance is critical to his business. (*Id.*; *see also* DN 77-1.) Specifically, Moyer states that his attendance will allow him to meet with customers, vendors, and possibly interested purchasers of his business. (*Id.*) The United States does not oppose the request. Moyer does not indicate whether he will be accompanied by a colleague during this travel as has been required of him previously. However, given that the travel is domestic, and that Moyer has otherwise complied with the Court's orders relating to travel, the Court will grant Moyer's request to travel to Chicago without imposing the requirement that he be supervised.

      In addition, Moyer moves the Court for an order establishing permission to travel for work on an ongoing basis throughout his supervised release. Moyer entered a two-year period of supervised release on January 29, 2024 under the supervision of U.S. Probation. Moyer asserts that he will need to resume his pre-incarceration practice of periodically traveling to aviation-related conferences, trade shows, and other meetings, both domestically and internationally, for

business purposes. (*Id.*) Moyer states that the travel is necessary to the profitability of his company, which is the only means by which he can pay his debt to the Internal Revenue Service ("IRS") in accordance with the conditions of supervised release. Therefore, Moyer requests that, upon ten days written notice to Probation and barring a material violation of the terms of his supervised release, he be permitted to travel for work at will during his period of supervised release. (*Id.* at 279.)

While Probation does not oppose the request, the Court finds that permitting Moyer to travel on an ongoing basis without first petitioning the Court is not appropriate. The conditions of Moyer's supervised release expressly require him not to leave this District without permission. (DN 72 at 256.) Moyer's proposal does not contemplate receiving permission from anyone, whether that be the Court or Probation. On the other hand, Moyer travels frequently for work to multiple international destinations, some which may pose a greater risk than others, and without regularity. For example, Moyer has now requested international travel to the United Arab Emirates, Mexico, Canada, and the United Kingdom. (DNs 14, 29, 32, 36, 43, 52, 74, and 77.) Due to the variety in destination and duration, the Court has evaluated and will continue to evaluate each instance of travel on an independent basis. Therefore, Moyer's motion to travel on an ongoing basis will be denied. Moyer is advised that he is not relieved from the conditions set forth in the Court's Judgment and Commitment Order (DN 72) and, absent a showing of good cause, must file a motion for leave for any future travel during his supervised release no later than ten days before the anticipated departure date.

Accordingly,

IT IS HEREBY ORDERED that the Motion for Leave to Travel (DN 77) is **GRANTED in part** and **DENIED in part**.

(1) Moyer is permitted to travel from Louisville, Kentucky to Chicago, Illinois from April 6 to April 11, 2024 as set forth in his motion.

(2) No later than **March 29, 2024 at 5:00 p.m. EST**, Moyer shall provide his official travel itinerary to the Probation Office.

Colin H Lindsay, Magistrate Judge
United States District Court

March 15, 2024

cc: Counsel of record